

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
10/31/2014

| | |
|---|---|
| **ASARCO LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Adversary Proceeding No. 14-02007[1] |
| § | |
| **THE UNITED STATES OF AMERICA, THE DEPARTMENT OF THE INTERIOR, and THE SECRETARY OF THE DEPARTMENT OF THE INTERIOR,** § | |
| § | |
| Defendants. § | |

### AGREED ORDER SETTING HEARING ON DECEMBER 10, 2014
**[Relates to ECF Nos. 24, 30, 31, 32, 33, 34, 35, and 36]**

The Parties[2] agree to, and the Court hereby schedules, a hearing as follows on: (i) *Defendants' Motion for Summary Judgment* (ECF No. 24); (ii) *Plaintiff's Cross-Motion for Summary Judgment and Memorandum in Opposition to Defendants' Motion for Summary Judgment* (ECF Nos. 30–34); (iii) *Defendant's Motion to Strike Plaintiff's Cross-Motion for Summary Judgment as Untimely, Response to Plaintiff's Cross-Motion, and Reply in Support of United States' Motion for Summary Judgment* (ECF No. 35); and (iv) *Plaintiff's Reply in Support of Its Cross-Motion for Summary Judgment* (ECF No. 36):

| Summary Judgment Hearing: | **December 10, 2014 at 10:00 A.M. Central Time**, at 1133 North Shoreline Blvd. #208, Corpus Christi, TX 78401 |
|---|---|

---

[1] This matter was referred to this Court for report and recommendation by order of the U.S. District Court for the Southern District of Texas (the "**District Court**") dated April 21, 2014. *See* Case No. 1:14-cv-00007 (S.D. Tex.), at ECF No. 15.

[2] The "**Parties**" are the above-captioned plaintiff, ASARCO, LLC ("**Reorganized ASARCO**"), and the above-captioned defendants (collectively, the "**United States**").

The provisions of this Order may be modified by stipulation of the Parties, or for good cause shown upon written motion filed individually by the Reorganized ASARCO or the United States.

Dated: October 31, 2014

**RICHARD S. SCHMIDT**
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE
AND ENTRY REQUESTED BY:

*/s/ Dion W. Hayes*
Dion W. Hayes (Admitted Pro Hac Vice)
ATTORNEY-IN-CHARGE
K. Elizabeth Sieg (Admitted Pro Hac Vice)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone:     (804) 775-1000
Facsimile:      (804) 775-1061
E-mail:          dhayes@mcguirewoods.com
                    bsieg@mcguirewoods.com

Thomas M. Farrell
Texas Bar No. 06839250
McGUIREWOODS LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone:     (713) 571-9191
Facsimile:      (713) 571-9652
E-mail:          tfarrell@mcguirewoods.com

*Counsel for Plaintiff ASARCO LLC*

2

—And—

JOYCE R. BRANDA
Acting Assistant Attorney General
JOHN T. STEMPLEWICZ
Acting Director

*/s/ Victor W. Zhao*
VICTOR W. ZHAO
Attorney-In-Charge

Department of Justice
Commercial Litigation Branch, Civil Division
1100 L Street, NW
Washington, DC 20530
TEL: (202) 307-0958
FAX: (202) 514-9163
Email: victor.w.zhao@usdoj.gov

*Counsel for Defendants*

61686034